Desmond C. Lee (CA Bar #158952)
dlee@deconsel.com
Yuliya Mirzoyan (CA Bar #247324)
ymirzoyan@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100

Attorneys for Petitioner SOUTHWEST
REGIONAL COUNCIL OF CARPENTERS

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, a labor organization,<br><br>Petitioner,<br><br>vs.<br><br>SENEL CONSTRUCTION ENGINEERING, a California business entity; and DOES 1 through 50,<br><br>Respondents. | CASE NO.<br><br>CV 10-03013 DDP (PLAx)<br><br>JUDGMENT CONFIRMING ARBITRATION AWARD<br><br>DATE:<br>TIME:<br>DEPT.:<br><br>Judge: Dean D. Pregerson |

Upon consideration of the contentions of the parties in open hearing before this Court on notice duly given, and this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by Arbitrator Louis M. Zigman on September 24, 2009 is hereby confirmed and enforced, and Respondent Senel Construction Engineering shall comply with the Award, including paying the following: "As a remedy grievant Minghelli is entitled to foreman's wages in the amount of $484.20 plus 30 days waiting time of

1  $9,684 for a total of Ten Thousand One Hundred Sixty-Eight Dollars and Twenty
2  Cents ($10,168.20).  Grievant Casman is entitled to Journeyman's wages of
3  $448.20 plus 30 days waiting time of $8,964 for a total of Nine thousand Four
4  Hundred Twelve Dollars & Twenty Cents. ($9,412.20)."
5       IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California
6  Civil Code Section 3289, Respondent Senel Construction Engineering shall pay
7  interest on the sums of $10,168.20 and $9,412.20 at a rate of 10 percent per annum
8  from the tine it breached the collective bargaining agreement to the date this
9  judgment was entered.
10      This Court retains jurisdiction for purposes of confirming and enforcing any
11 further award made by the arbitrator.
13      IT IS SO ORDERED AND ADJUDGED.

DATED: August 16, 2010

*[signature]*

United States District Judge